No. 98–1399. COMBINED INSURANCE COMPANY OF AMERICA v. ALDRIDGE ET AL.; and COMBINED INSURANCE COMPANY OF

AMERICA *v.* BLACKWELL ET UX. C. A. 11th Cir. Certiorari denied.